# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>Petitioner<br><br>v.<br><br>JOHN HARGRAVES, III, WAYNE FRAZIER, JACKLYN CAMPBELL, JAMES CAMPBELL,<br><br>Respondents | : No. 140 EAL 2018<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

   **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.